| | |
|---|---|
| 1 | **HEDIN LLP** |
| 2 | Frank S. Hedin (SBN 291289) |
|   | 1395 Brickell Avenue, Suite 610 |
| 3 | Miami, FL 33131 |
|   | Telephone: (305) 357-2107 |
| 4 | E-mail: fhedin@hedinllp.com |
| 5 | Attorney for Plaintiff and Putative Class |
| 6 | Rachel A. Straus (SBN 268836) |
| 7 | rstarus@shb.com |
|   | Saman M. Rejali (SBN 274517) |
| 8 | srejali@shb.com |
|   | **SHOOK, HARDY & BACON L.L.P.** |
| 9 | 2121 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, California 90067 |
| 10 | Telephone: (424) 285-8330 |
|    | Facsimile: (424) 204-9093 |
| 11 | |
| 12 | Attorney for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>Defendants. | Case No.: 4:25-cv-06614-YGR<br><br>Assigned to:<br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: 08/14/2025<br>Current response date: 09/04/2025<br>New response date: 10/04/2025 |

WHEREAS, on August 5, 2025, Plaintiff Alexander Sisti ("Plaintiff") filed his complaint (the "Complaint") in the United States District Court for the Northern District of California;

WHEREAS, as of August 14, 2025, Plaintiff served the Complaint on the Defendants;

WHEREAS, pursuant Defendants' answer or other response is due on or before September 4, 2025;

| | |
|---|---|
| 1 | WHEREAS, Defendants have just retained counsel, who will need time to review and evaluate |
| 2 | the Complaint and prepare a response; |

WHEREAS, Defendants have just retained counsel, who will need time to review and evaluate the Complaint and prepare a response;

WHEREAS, good cause exists for continuing Defendants' responsive pleading deadline to allow their counsel time to evaluate the claims in the Complaint;

WHEREAS, Plaintiff has agreed that Defendants' time to answer or otherwise respond to the Complaint should be extended by 30 days, to October 4, 2025;

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that Defendants' answer and/or response to Plaintiff's complaint shall be due on October 4, 2025.

IT IS SO STIPULATED.

Dated: 9/3/2025         **HEDIN LLP**
                By:    /s/ Frank S. Hedin
                       FRANK S. HEDIN
                       Attorneys for Plaintiff Alexander Sisti

Dated: 9/3/2025         **SHOOK, HARDY & BACON L.L.P.**
                By:    /s/ Saman M. Rejali
                       SAMAN M. REJALI
                       Attorneys for Defendants Bosley Inc. and Bosley Medical Group

ATTESTATION OF SIGNATURE I hereby attest that the other Signatory has concurred in the filing of this document.