UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;<br><br>                Defendants. | Case No. 4:25-cv-06614-YGR<br><br>Assigned to:<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  August 14, 2025<br>Current response date: October 4, 2025<br>New response date: October 20, 2025 |

The Court, having reviewed the parties' Stipulation Extending Time to Respond to Initial Complaint, hereby ORDERS as follows: Defendant's deadline to respond to the complaint shall be extended to October 20, 2025.

**IT IS SO ORDERED.**

Dated: October 6, 2025

_____
HON. YVONNE GONZALEZ ROGERS

Judge of the United States District Court for the Northern District of California

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME