SHOOK, HARDY & BACON L.L.P.
Rachel A. Straus (SBN 268836)
rstraus@shb.com
Saman M. Rejali (SBN 274517)
srejali@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone: 424.285.8330
Facsimile: 424.204.9093

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

ALEXANDER SISTI, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BOSLEY INC.; and BOSLEY MEDICAL GROUP, a medical corporation;

Defendants.

Case No. 4:25-cv-06614-YGR

Assigned to:
Hon. Yvonne Gonzalez Rogers

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Date: December 9, 2025
Time: 2:00 p.m.
Place: Oakland Ctrm 1 – 4th Flr.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2025, at 2:00 p.m., or as soon thereafter as the matter may be heard in Oakland Courtroom 1 – 4th Floor, of the above-captioned Court, located at the Ronald V. Dellums Federal Building & United States Courthouse on 1301 Clay Street, Oakland, California, Defendants Bosley Inc. and Bosley Medical Group ("Defendants") will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order granting the Defendants' motion to dismiss Plaintiffs' class action complaint.

This motion is made on the grounds that:

1. Plaintiff lacks Article III standing because he has failed to allege a concrete injury-in-fact;
2. Plaintiff affirmatively consented to the alleged disclosures, defeating all of his claims;
3. Plaintiff's claims fail to state a claim upon which relief can be granted under Rule 12(b)(6).

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Rachel Straus, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: October 20, 2025

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: */s/ Saman M. Rejali*
SAMAN M. REJALI
RACHEL A. STRAUS

Attorneys for Defendants
BOSLEY INC.; and
BOSLEY MEDICAL GROUP

**CERTIFICATION IN RESPONSE TO NOTICE REGARDING FEDERAL JUDICIARY FUNDING:**

I, Rachel Straus, certify as follows:

I am a partner with Shook, Hardy & Bacon, counsel for Defendants. On Friday, October 17, 2025, my colleagues and I met and conferred with Plaintiff's counsel regarding the filing of our motion to dismiss and motion to transfer venue. We were not able to agree on the substance of the motions, and our clients' response deadline is today, so we believe we need to file the motion We will continue to meet and confer with Plaintiff's counsel to determine whether an agreement can be reached regarding the substance of the motions, or whether the hearings can be continued to a later date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 20, 2025

**SHOOK, HARDY & BACON L.L.P.**

By: *<u>/s/ Rachel A. Straus</u>*
Rachel A. Straus
Saman M. Rejali

Attorney for Defendants
Bosley Inc. and Bosley Medical Group